AO 470 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____ District of _____ NEW JERSEY

| UNITED STATES OF AMERICA | ORDER OF TEMPORARY DETENTION |
| --- | --- |
| V. | PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| JAMES CARNEY, JR.<br>_Defendant_ | Case Number: 08-mj-2035(JS) |

Upon motion of the _____ Government _____, it is ORDERED that a detention hearing is set for _____ June 17, 2008 _____ * at _____ 12:00 p.m. _____
                                                                         _Date_                                                              _Time_

before _____ Magistrate Judge Joel Schneider _____
                               _Name of Judicial Officer_

                         at USDC, Camden, NJ
                       _Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ _____ ) and produced for the hearing.
                      _Other Custodial Official_

Date: June 13, 2008            _/s/ Joel Schneider, U.S.M.J._
                                                                    _Judge_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.